# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARQUIS MIDDLETON,** | : CIVIL ACTION NO. 1:21-CV-71 |
| Plaintiff | : (Judge Conner) |
| v. | : |
| **TINA LITZ and** **PRIMECARE MEDICAL, INC.,** | : |
| Defendants | : |

## ORDER

AND NOW, this 21st day of September, 2021, upon consideration of the motions (Docs. 17, 19) to dismiss by defendants, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motions (Docs. 17, 19) to dismiss are GRANTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED WITHOUT PREJUDICE.

3. Plaintiff may file an amended complaint on or before **October 21, 2021**.

4. If Plaintiff does not file an amended complaint by the above date, this order shall operate to dismiss the complaint with prejudice and the court shall close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania